**FILED**
CLERK, U.S. DISTRICT COURT

05/08/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>TOMMY LEWIS,<br><br>　　　　Defendant. | No. 5:23-cr-00090-JGB<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1344(2): Bank Fraud] |

　　　The United States Attorney charges:

[18 U.S.C. § 1344(2)]

A.　THE SCHEME TO DEFRAUD

　　　1.　Beginning in or around March 2020, and continuing through in or around September 2020, in San Bernardino, Riverside, and Los Angeles Counties, within the Central District of California, and elsewhere, defendant TOMMY LEWIS, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to obtain monies and funds owned by and in the custody and control of Bank of America (BofA) by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

B.　MANNER AND MEANS OF THE FRAUDULENT SCHEME

　　　2.　The scheme to defraud operated, in substance, in the

following manner:

    a.   Defendant LEWIS would obtain stolen Personally Identifiable Information (PII) of other people, such as social security numbers and dates of birth,.

    b.   Defendant LEWIS would use that stolen PII to file applications in those other identities for unemployment insurance benefits with the California Employment Development Department (EDD).

    c.   On those applications, defendant LEWIS would input false information regarding employment and California residency.

    d.   On those applications, defendant LEWIS would use his home address or a relative's address for the mailing address.

    e.   Based upon those fraudulent applications, California EDD would cause BofA to mail debit cards and other correspondence to the addresses listed on the applications.

    f.   Defendant LEWIS would receive those EDD debit cards in the names of others and use them to withdraw a total of more than $140,000 cash from ATMs.

    g.   Defendant LEWIS would use those fraudulently obtained proceeds for personal expenditures, including purchasing a red Tesla for himself.

C.   <u>THE EXECUTION OF THE SCHEME TO DEFRAUD</u>

    3.   On or about August 27, 2020, within the Central District of California, defendant LEWIS used the EDD debit card in the name of

///

///

///

T.C. to withdraw $1,000 cash from a BofA ATM in Grand Terrace, California, which constituted an execution of the fraudulent scheme.

E. MARTIN ESTRADA
United States Attorney

*/s/ Mack E. Jenkins*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRADLEY E. MARRETT
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

CHARLES E. PELL
Assistant United States Attorney
Santa Ana Branch Office